Myra NEARENBERG, Appellant,

v.

**MID–AMERICA ENTERPRISES, INC., Respondent.**

**No. WD 37012.**

Missouri Court of Appeals, Western District.

Dec. 31, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 4, 1986.

Arthur J. Kase, Kansas City, for appellant.

Duane J. Fox, Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment awarding damages for personal injury.

The judgment is affirmed. Rule 84.16(b).